

FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0129

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0129

SHANE PHILLIP NICKERSON,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

**FILED**

Respondent and Appellee.

AUG 0 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Representing himself, Appellant Shane Phillip Nickerson has filed a Subpoena Duces Tecum, requesting copies of incident reports, and a Motion for an Order of Protection from MSP Staff and Inmates. He argues that the incident reports are "a key piece of evidence to all of [his] arguments." He further requests that this Court "order the prison to protect [him]," because he does not want to be transferred, while he exhausts all court proceedings.

This Court cannot assist Nickerson. In light of his filed requests, this Court does not have authority over the Montana State Prison, nor do we issue subpoenas or orders of protection as a district court does because we operate as an appellate court of review. *Compare* M. R. App. P. 1(2), *with* M. R. Civ. P. 45 and § 40-15-102, MCA. Nickerson's relief may be found through the Department of Corrections Grievance Policy. *See* Offender Grievance Program, DOC Policy 3.3.3.

This Court reviews the record and final judgment in an appeal, such as Nickerson's. The Flathead County District Court record was filed on April 10, 2020. We observe that Nickerson is appealing the District Court's dismissal of his petition for postconviction relief. We point out that Nickerson's recent requests come seven months after the December 30, 2019 District Court Order. Moreover, Nickerson does not provide any argument about how his requests relate to his instant appeal of a court's decision.

We remind Nickerson that he has until September 1, 2020 to file his response to the State of Montana's Motion to Dismiss. Accordingly,

IT IS ORDERED that Nickerson's Subpoena Duces Tecum and Motion for an Order of Protection form MSP Staff and Inmates are both DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Shane Phillip Nickerson personally.

DATED this 5 day of August, 2020.

For the Court,

By _____
Chief Justice